IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CERES COMMUNICATIONS TECHNOLOGIES, LLC, </br></br> Plaintiff, </br></br> - vs. - </br></br> 8x8, INC., *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) </br></br> C.A. No. 10-855-RGA |

## STIPULATION TO EXTEND TIME

WHEREAS, on February 6, 2012, the Court entered a Scheduling Order (D.I. 327);

WHEREAS, the Scheduling Order requires that the parties submit a proposed protective order to the Court within 20 days of entry of the Scheduling Order;

WHEREAS, the parties require more time to meet and confer on a proposed protective order;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for the parties to submit their proposed protective order to the Court is extended through and including April 19, 2012.

| | |
|---|---|
| */s/Stephen B. Brauerman* </br> Richard D. Kirk (#922) </br> Stephen B. Brauerman (#4952) </br> Bayard, P.A. </br> 222 Delaware Avenue, Suite 900 </br> Wilmington, DE 19899 </br> rkirk@bayardlaw.com </br> sbrauerman@bayardlaw.com </br> (302) 655-5000 </br> *Attorneys for Plaintiff Ceres* </br> *Communication Technologies LLC* | */s/ Kelly E. Farnan* </br> Jeffrey L. Moyer (#3309) </br> Moyer@rlf.com </br> Kelly E. Farnan (#4395) </br> Farnan@rlf.com </br> Richards, Layton & Finger, P.A. </br> One Rodney Square </br> 920 N. King Street </br> Wilmington, DE 19801 </br> (302) 651-7700 </br> *Attorneys for Defendants Time Warner Cable* </br> *Inc., Bright House Networks, LLC and Insight* </br> *Communications Company, Inc* |

RLF1 5955444v. 1

/s/ _Andrew C. Mayo_  
Steven J. Balick (#2114)  
Lauren E. Maguire (#4261)  
Andrew C. Mayo (#5207)  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
Wilmington, DE 19899  
sbalick@ashby-geddes.com  
lmaguire@ashby-geddes.com  
amayo@ashby-geddes.com  
*Attorneys for Defendants Charter Communications Holding Company, LLC, Charter Communications, Inc., and Cequel Communications LLC*

/s/ _Jack B. Blumenfeld_  
Jack B. Blumenfeld (#1014)  
Paul Saindon (#5110)  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE 19899  
jblumenfeld@mnat.com  
psaindon@mnat.com  
*Attorneys for Defendants Comcast Cable Communications LLC and Cox Communications, Inc.*

SO ORDERED this _____ day of April, 2012.

_____  
United States District Judge